UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-14035-CR

UNITED STATES OF AMERICA

v.

KENT HUGHES,

RECEIVED & FILED IN OPEN COURT
ON 7/15/2019 AT
FORT PIERCE, FLA.
Angela E. Noble, Clerk
United States District Court
Southern District of Florida

## NOTICE OF PERMANENT APPEARANCE

(Name of counsel) ROBERT J. WATSON files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for:

✓ _____ TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

or

_____ TRIAL, ALL PROCEEDINGS IN THE DISTRICT COURT, AND ON APPEAL

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Attorney: ROBERT J. WATSON
Florida Bar Number: 290092
Street Address: 3601 SE. OCEAN BLVD SUITE 004
City/State/Zip Code: STUART FL 34996
Email: rjwpa@yahoo.com; rjwatsonlaw@gmail.com
Telephone: 772 288 1880

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

_____
Defendant

Effective April 15, 2011.