United States District Court
Southern District of Florida

## U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

| | | | |
|---|---|---|---|
| **DEFT:** | KENT HUGHES (Surrender) | **CASE NO:** | 19-14035-CR-ROSENBERG |
| **AUSA:** | Michael Porter *present* | **ATTORNEY:** | Robert Watson (Retained-Trial) *present* |
| **AGENT:** | Dadre McCreary, HSI *present* | **VIOL:** | 8:1324(a)(1)(A)(v)(I) |
| **PROCEEDING:** | Initial Appearance on Indictment | **BOND REC:** | $250,000 Personal Surety Bond  **SET:** |

### SPECIAL CONDITIONS OF BOND

- [X] Surrender and/or do not obtain passports/travel documents to Pretrial Services
- [X] Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment.
- [X] Maintain or seek full-time employment.
- [X] No contact with victims/witnesses nor co-Defts.
- [X] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments.
- [ ] Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [X] Travel extended to: SD/FL
- [X] Other: Reside at current address on bond form and No recreational fishing beyond three (3) miles from coastline.

*Deft present with retained counsel, Robert Watson, Esquire (counsel only retained through Trial) and advised of rights along with criminal charges*

*Arraignment held: Reading of Indictment Waived, Not Guilty plea entered, Jury trial demanded and paperless Standing Discovery Order entered by the Court*

*Government recommending release on Personal Surety Bond*

*Court sets $250,000 Personal Surety bond w/special conditions*

*Court will permit Defendant vacation travel to Pine Island, Florida (west coast of Florida) for 7/22/19 to 7/24/19*

*All further requests for travel, Deft must seek prior permission from Pretrial Services and this Court*

**DISPOSITION:** I/A;Arrheld;Bondset
**NEXT COURT APPEARANCE:**    **DATE:**    **TIME:**    **JUDGE:**    **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM HRNG/ARR SET:**

**FINAL EVID HRNG-VSR:**

**DATE:** 7/15/2019   **START TIME:** 10:00A.M.   Time in Court: 15 Minutes   (DAR: 10.06.19   FTP-FJL/4074)