UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-14035-CR-Rosenberg

FILED BY _____ D.C.
JUL 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

v.

Dennis Birdsall (AMENDED)

**NOTICE OF PERMANENT APPEARANCE**

Christopher A. Haddad
(Name of counsel) _____ files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for:

___✓___ TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

or

_____ TRIAL, ALL PROCEEDINGS IN THE DISTRICT COURT, AND ON APPEAL

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Attorney: Christopher A. Haddad
Florida Bar Number: 0879592
Street Address: 7301 S. Dixie Hwy., Unit B
City/State/Zip Code: WPB, FL 33405
Email: chris@chrishaddad.com
Telephone: (561) 832-1126

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

_____
Defendant

Effective April 15, 2011.