United States District Court
Southern District of Florida

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

| | | | |
|---|---|---|---|
| **DEFT:** | DENNIS BIRDSALL (Surrender) | **CASE NO:** | 19-14035-CR-ROSENBERG |
| **AUSA:** | M. Porter/M. Gyires *present* | **ATTORNEY:** | Christopher Haddad (Retained-Trial) *present* |
| **AGENT:** | Dadre McCreary, HSI *present* | **VIOL:** | 8:1324(a)(1)(A)(v)(I) |
| **PROCEEDING:** | Initial Appearance on Indictment | **BOND REC:** | $250,000 Personal Surety Bond   **SET:** |

**SPECIAL CONDITIONS OF BOND**

- X  Surrender and/or do not obtain passports/travel documents to Pretrial Services
- X  Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐  Random urine testing by Pretrial Services. _____Treatment as deemed necessary.
- ☐  Refrain from excessive use of alcohol
- ☐  Participate in mental health assessment & treatment.
- X  Maintain or seek full-time employment.
- X  No contact with victims/witnesses nor co-Defts.
- X  No firearms
- ☐  Not to encumber property
- ☐  May not visit transportation establishments.
- ☐  Home confinement/Electronic Monitoring and/or Curfew: _____pm to _____am, paid by: _____
- ☐  Allowances: Medical needs, court appearances, attorney visits, religious, employment
- X  Travel extended to: State of Florida for business purposes, must notify Pretrial Services
- X  Other: Reside at current address on bond form.

*Deft present with retained counsel, Christopher Haddad, Esquire (counsel only retained through Trial) and advised of rights along with criminal charges*

*Arraignment held: Reading of Indictment Waived, Not Guilty plea entered, Jury trial demanded and paperless Standing Discovery Order entered by the Court*

*Government recommending release on $250,000 Personal Surety Bond*

*Court sets $250,000 Personal Surety bond w/special conditions*

*Defendant shall remove from residence all firearms (if any) by c/o/b today and Court will permit contact with business partner Gary Hendry*

**DISPOSITION:** I/A;Arrheld;Bondset
**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM HRNG/ARR SET:**

**FINAL EVID HRNG-VSR:**

**DATE:** 7/17/2019   **START TIME:** 10:00A.M.   Time in Court: 10 Minutes   (DAR: 10.17.43   FTP-FJL/4074)