United States District Court
Southern District of Florida

## U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

**DEFT:** GARY HENDRY (Surrender)    **CASE NO:** 19-14035-CR-ROSENBERG

**AUSA:** M. Porter/M. Gyires *present*    **ATTORNEY:** David Roth (Retained-Trial) *present*

**AGENT:** Dadre McCreary, HSI *present*    **VIOL:** 8:1324(a)(1)(A)(v)(I)

**PROCEEDING:** Initial Appearance on Indictment    **BOND REC:** $250,000 Personal Surety Bond    **SET:**

### SPECIAL CONDITIONS OF BOND

- [X] **Surrender and/or do not obtain passports/travel documents to Pretrial Services**
- [X] **Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person**
- [ ] **Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.**
- [ ] **Refrain from excessive use of alcohol**
- [ ] **Participate in mental health assessment & treatment.**
- [X] **Maintain or seek full-time employment.**
- [X] **No contact with victims/witnesses nor co-Defts.**
- [X] **No firearms**
- [ ] **Not to encumber property**
- [ ] **May not visit transportation establishments.**
- [ ] **Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____**
- [ ] **Allowances: Medical needs, court appearances, attorney visits, religious, employment**
- [X] **Travel extended to: State of Florida for business purposes, must notify Pretrial Services**
- [X] **Other: Reside at current address on bond form.**

*Deft present with retained counsel, David Roth, Esquire (counsel only retained through Trial) and advised of rights along with criminal charges*

*Arraignment held: Reading of Indictment Waived, Not Guilty plea entered, Jury trial demanded and paperless Standing Discovery Order entered by the Court*

*Government recommending release on $250,000 Personal Surety Bond*

*Court sets $250,000 Personal Surety bond w/special conditions*

*Defendant shall remove from residence all firearms (if any) by c/o/b today and Court will permit contact with business partner Dennis Birdsall*

**DISPOSITION:** I/A;Arrheld;Bondset
**NEXT COURT APPEARANCE:**    **DATE:**    **TIME:**    **JUDGE:**    **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM HRNG/ARR SET:**

**FINAL EVID HRNG-VSR:**

**DATE:** 7/17/2019    **START TIME:** 10:00A.M.    Time in Court: 10 Minutes    (DAR: 10.17.43   FTP-FJL/4074)