United States District Court
Southern District of Florida

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

**DEFT:** TENTLOGIX, INC., a Florida Corporation      **CASE NO:** 19-14035-CR-ROSENBERG

**AUSA:** M. Porter/M. Gyires *present*      **ATTORNEY:** David Roth (Retained-Trial) *present*

**AGENT:** Dadre McCreary, HSI *present*      **VIOL:** 8:1324(a)(1)(A)(v)(I)

**PROCEEDING:** Initial Appearance on Indictment

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

*On behalf of Tentlogix, Inc., a Florida Corporation, attorney appearance by David Roth, Esquire (counsel only retained through Trial) and advised of rights along with criminal charges*

*Defense counsel advise Court... his client Gary Hendry is CEO and majority shareholder for Tentlogix, Inc.*

*Arraignment held: Reading of Indictment Waived, Not Guilty plea entered, Jury trial demanded and paperless Standing Discovery Order entered by the Court*

**DISPOSITION:** I/A;Arrheld
**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM HRNG/ARR SET:**

**FINAL EVID HRNG-VSR:**

**DATE:** 7/17/2019   **START TIME:** 10:00A.M.   Time in Court: 10 Minutes   (DAR: 10.17.43 FTP-FJL/4074)