UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CR-14035-ROSENBERG

UNITED STATES OF AMERICA,

vs.

TENTLOGIX, INC.,
a Florida Corporation, et al.,

       Defendants.
_____/

## NOTICE OF APPEARANCE FOR CRIMINAL FORFEITURE

The United States of America hereby gives notice that Assistant United States Attorney William T. Zloch has been assigned to this case with responsibility for matters related to criminal forfeiture.

                                 Respectfully Submitted,

                                 ARIANA FAJARDO ORSHAN
                                 UNITED STATES ATTORNEY

                                 /s/ William T. Zloch
         By:   WILLIAM T. ZLOCH (Florida Bar No. 0105619)
               ASSISTANT UNITED STATES ATTORNEY
               Email: William.zloch@usdoj.gov
               United States Attorney's Office
               500 S. Australian Ave. Suite 400
               West Palm Beach, FL 33401
               Telephone: (561) 820-8711
               Facsimile: (561) 820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

                                               */s/William T. Zloch*
                                               William T. Zloch
                                               Assistant United States Attorney