UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    19-14035-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA

vs.

TENTLOGIX, INC.,
a Florida corporation,

       Defendant.
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

1.    Attached please find documents numbered pages 1–197.  All of these materials are considered "covered materials" within the meaning of the Protective Order entered by the Court in this matter.  Please contact the undersigned Assistant United States Attorney if anything is missing.

                Respectfully submitted,

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

By:  **/s/Michael D. Porter**
      Michael D. Porter
      Assistant United States Attorney
      Florida Bar# 0031149
      101 South U.S. Highway 1
      Suite 3100
      Fort Pierce, Florida 34950
      Telephone: (772) 293-0950
      Email:michael.porter2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 6, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

                                              **/s/Michael D. Porter**
                                              Michael D. Porter
                                              Assistant United States Attorney