UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14035-ROSENBERG/MAYNARD

UNITED STATE OF AMERICA,
    Plaintiff
v.

TENTLOGIX, INC.,
A Florida Corporation,
GARY HENDRY.
DENNIS BIRDSALL, and
KENT HUGHES.
    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

The Defendant, TENTLOGIX, INC., by and through its undersigned counsel hereby states:

Defendant, TENTLOGIX, INC., waives its rights to speedy trial in this case as provided by the Unites States Constitution; the Federal Rules of Criminal Procedure and Local Rules of the United States District Court, Southern District, through November 12, 2019

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Mail/Electronic filing to Adrienne Rosen, Esquire, Adrienne.Rosen@usdoj.gov, Assistant United States Attorney, 99 N.E. 4th Street, 7th Floor, Miami, FL 33132-2111, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950; Christopher Haddad, Esquire, chris@chrishaddad.com, 7301 S. Dixie Highway, Unit B, West Palm Beach, FL 33405, Robert Watson, Esquire, rjwpa@yahoo.com, 3601 S.E. Ocean Blvd., Suite 004, Stuart, FL 34996; this ___ day of August, 2019.

*/s/ Gary Hendry*
Gary Hendry, on behalf of
Tentlogix, Inc.

ROTH & DUNCAN, P.A.
Northbridge Centre, Suite 325
515 North Flagler Drive
P.O. Box 770
West Palm Beach, Florida 33402
Tele: (561)-655-5529

*/s/ David Roth*
DAVID ROTH
Fla. Bar #116023