**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-14035-ROSENBERG/MAYNARD**

UNITED STATES OF AMERICA
    Plaintiff,
v.

TENTLOGIX, INC.,
A Florida Corporation,
GARY HENDRY.
DENNIS BIRDSALL, and
KENT HUGHES.
    Defendant.
_____/

**NOTICE OF FILING PROPOSED ORDER**

Defendant, KENT HUGHES, hereby files this Proposed Order to Return Passport.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Michael Porter, AUSA via CF/ECM this 5th day of November 2019.

                                            s/Robert J. Watson
                                            ROBERT J. WATSON
                                            rjwpa@yahoo.com
                                            Florida Bar No. 290092
                                            Attorney for the Defendant
                                            ROBERT J. WATSON, PA
                                            360l S.E.Ocean Blvd., Ste.004
                                            Stuart, Florida 34996
                                            (772) 288-l880