UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-14035-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TENTLOGIX, INC., a Florida corporation,
GARY HENDRY,
DENNIS BIRDSALL, and
KENT HUGHES,

    Defendant.
_____/

## **DEFENDANT'S, DENNIS BIRDSALL, MOTION FOR RETURN OF PASSPORT**

**COMES NOW,** the Defendant, **DENNIS BIRDSALL,** by and through his undersigned counsel, and respectfully submits his Motion for Return of Passport and as grounds therefore states as follows:

1. Defendant is currently under Court-supervision for a term of 5 years' probation and 9 months' home confinement.

2. As a condition of bond, Defendant was required to surrender his passport.

3. Although Defendant has no immediate plans to travel (home confinement), and understands that any future travel plans while on probation or home confinement require prior authorization from U.S. Probation and/or this Honorable Court, Defendant respectfully requests that his passport be returned to him now due to the fact that if the passport is not returned, it will be forwarded to the Department of State, which will unnecessarily complicate the process of re-acquiring it in the future.

4. Defense attorney has contacted AUSA Michael D. Porter who does not object to this request.

5. In addition, U.S. Probation Officer, Mr. Tango, does not oppose this request.

**WHEREFORE**, Defendants, **DENNIS BIRDSALL,** respectfully requests this Court enter an Order granting permission for his passport to be returned to him.

**I HEREBY CERTIFY** that on November 20, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission or Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ *Christopher Haddad*
CHRISTOPHER HADDAD, ESQ.
Florida Bar No. 879592
Attorney for Dennis Birdsall
7301 S. Dixie Highway, Unit B
West Palm Beach, FL   33405
Telephone: 561-832-1162
Facsimile: 561-832-1127