In 1989, (my wife at the time) and I moved to Martin County where I began my 25 year career with FDLE. After completing my 10 year career with the CSP, we began a new life in sunny Florida. With the exception of my wife's parents, we knew nobody in Florida. My wife soon went to work for the Hendry family at Tri-County gas. Being in law enforcement, I was initially concerned about the integrity and reputation of any business or person that she went to work for. It is not uncommon for members of law enforcement to be resented in some communities. I soon met the Hendry family members who owned and operated the business.

Over the 2-3 years that my ex-wife worked there I got to know Gary's father and grandfather and they set the example on running a true "family" business. They were very pro law enforcement and very much appreciated and respected what I did for a living. Their personal and business reputation in the community was outstanding and they were closely associated with the MCSO. I also learned that Hendry County Florida was named after their family.

We attended many social/family gatherings that included many employees. It became very evident that the Hendry's treated their employees like family. The showed generosity and concern to all their employees, most of whom were long term employees (very little turnover). I witnessed this first hand via the generosity and kindness shown to my former wife, including generous gifts when our son was born.

In retrospect, the Gary Hendry (and other Hendry managing members) I got to know, would be personally devastated if they had to terminate 92 employees who relied on them to earn a decent living.

David, my very brief background: My opinion it's best not to overly pump up qualifications.

1979-1989- 10 years, Connecticut State Police. (Retired as Sergeant).

HUMOR: Looking for dirt. Was there a reason I left CSP? Yes there was! THE WEATHER!!

1989-2013- 25 years FDLE. Retired as the Palm Beach County, Resident Agent in Charge, 13 years, (RAC). Worked primarily in the Treasure Coast and PB County.

Member PB County: Criminal Justice Commission (CJC), Law Enforcement Planning Council (LEPC), Chiefs of Police Association.

## Summary notes on letters and interviews

Most accolades sin superlative degree.

Total of 9 interviews and 22 letters. All or nearly have described Gary as follows:

Family church member seeks God's will, family activities, loving husband and father, hardworking, strong moral values, charitable "will give you the shirt off his back", responsible person of the highest character, always strives to do the right thing, loving to family and friends deeply caring, big heart,

Kind and thoughtful to anyone who needs help, well raised in a loving caring family, kind to fault in helping others, personally and with business has contributed and assisted many charitable and social causes,

Has owned up to his mistakes and accepted responsibility, and seeks Gods forgiveness, love of God family and friends, honesty in business and employees, MADE MISTAKES AND THEY ARE WEIGHING ON HIS HEART, he regrets his actions and will regret them for the rest of his life,

Generous, first to offer support, has accomplished many things for family and community, highest integrity with strong family values, "exceptional caring human being perhaps to a fault",

Never heard anyone say anything bad about Gary,

'GARY'S FAMILY, EMPLOYEES, COMMUNITY NEEDS HIM AND LOVES HIM'.

Treats all people with dignity and respect, large employer to many local families who depend on him, "stand-up guy",

FORMER WIFE/MOTHER, DESCRIBES HIM UPSTANDING PERSON VOICE OF REASON, NEVER EVEN A HALF STEP BELWO THE RIGHT SIDE OF THINGS, SPENT A LIFETIME OF BEING A GREAT PERSON.

Stands out as one of the most honorable people, 'will do anything to help someone in need',

Step daughter could not stand him at first because not her father, during difficult teenage years, 'no matter how difficult something might be he stubbornly aspires to do the right thing', and that is how he treats his employees, never heard anything negative often told of generosity, 'Gary taught me how to love people', you are loved despite your attitude and flaws and despite what you can or cannot bring to the table, I wouldn't trade that lesson for the world'.

"UNBELIEVABLE GENEROUS".

Large assistance to Bahamas, got things done when other could not, great expense to Gary and his business all charitable, no reimbursement.

'he truly is one of the most sincere, non-assuming, compassionate and humble people I have ever know'.