UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14035-ROSENBERG/MAYNARD

UNITED STATE OF AMERICA,
    Plaintiff
v.

GARY HENDRY.
    Defendant.
_____/

## AMENDED UNOPPOSED REQUEST FOR RECOMMENDATION

## REGARDING DESIGNATION

COMES NOW the Defendant, GARY HENDRY, by and through its undersigned attorneys, with no Objection by the Government, by and through Assistant United States' Attorney, Michael Porter respectfully requests that the Court recommend to the Bureau of Prisons that Mr. Hendry be incarcerated at FCI Camp – Jesup.

Based on the information available, it appears that Jesup has the programs most suited to Mr. Hendry's background and present circumstances.

Respectfully submitted,

ROTH & DUNCAN, P.A.
515 North Flagler Drive, Ste. 325
West Palm Beach, Florida 33401
Telephone: (561) 655-5529
Facsimile: (561)655-7818
Email: droth@rothduncan.com

*/s/ David Roth*

DAVID ROTH, ESQUIRE
Florida Bar #116023

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Mail/Electronic filing to, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950 this 23rd day of December, 2019.

ROTH & DUNCAN, P.A.
515 North Flagler Drive, Ste. 325
West Palm Beach, Florida 33401
Telephone: (561) 655-5529
Facsimile: (561)655-7818
Email: droth@rothduncan.com

_____
DAVID ROTH, ESQUIRE
Florida Bar #116023