UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-06020-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RODNEY MATTHEWS,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR COMPASSIONATE RELEASE

THIS MATTER came before the court upon the defendant Rodney Matthews' Unopposed Motion For Compassionate Release Pursuant to 18 U.S.C. §3582(c)((1)(A)(i) Based on the Extraordinary and Compelling Reasons of Terminal Illness and Age. After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

The Court hereby reduces Rodney Matthews' Sentence to time served followed by a life time term of supervised release.

DONE AND ORDERED at Miami, Florida this 2 day of April 2020.

_____
HONORABLE JUDGE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:     E.J. Yerra, United States Attorney's Office

**DEFENSE EXHIBIT 1**

1