UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14035-ROSENBERG/MAYNARD

UNITED STATE OF AMERICA,
    Plaintiff
v.

GARY HENDRY.
    Defendant.
_____/

## RENEWED MOTION FOR MODIFICATION OF SENTENCE

**COMES NOW**, the defendant GARY HENDRY, by and through his undersigned attorney and respectfully files this his Renewed Motion for Modification of Sentence, and as grounds therefore would state as follows:

1. As of this date, he has completed 25% of his incarceratory sentence.

2. As of this date he has exhausted his administrative remedies.

3. As of this date, there is an active case of COVID-19 at FCI Jesup, the facility where Mr. Hendry has been housed since his surrender on April 20, 2020.

4. As of this date, the Bureau of Prisons has advised him that he is not designated to a half-way house until October 31, 2020, almost four months from today.

5. Defense counsel has confirmed with Assistant United States Attorney, Michael Porter, that the above representations are true and accurate.

6. As noted in the Court's Order Denying Mr. Hendry's Motion without Prejudice, at that point in time, there was a complete lack of the COVID-19 infection at FCI-Jesup.

7. As further noted in the Court's Order, the Government acknowledged that at least one of his medical conditions, hypertension, would place Mr. Hendry at a higher risk category, were he to contract COVIUD-19.

8. Further, in the aforementioned Order, the Court specifically provided, "Hendry may apprise the Court if the situation changes."

**WHEREFORE**, the Defendant, GARY HENDRY, respectful urges the Court to grant this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Mail/Electronic filing to Assistant United States Attorney, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950; his ___ day of July, 2020.

Respectfully submitted,

David Roth, Esq.
515 N. Flagler Drive, Suite 325
West Palm Beach, FL 33401
droth@rothduncan.com
(561) 655-5529

## Certification of Service

I hereby certify that the foregoing Motion for Modification of Sentence was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By _/s/ David Roth_
David Roth, Esq.