## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-14035-ROSENBERG/MAYNARD

**UNITED STATE OF AMERICA,**
    **Plaintiff**
**v.**

**GARY HENDRY,**
    **Defendant**
_____/

### EMERGENCY MOTION FOR COMPASSIONATE RELEASE

**COMES NOW**, the Defendant GARY HENDRY, by and through his undersigned attorney and respectfully moves the Court for an Order Granting him immediate compassionate release, and as grounds therefore respectfully would state as follows:

1. Counsel has learned that Mr. Hendry, (with all his medical conditions previously reviewed by this Honorable Court in his Pre-Sentencing Report, as well as subsequent medical verification of additional conditions) <u>has tested positive for COVID-19</u>. This was further, confirmed by defense counsel in a conversation with AUSA Michael Porter, Esquire.

2. The issue now is not solely about Mr. Hendry, but about his fellow inmates and staff from whom his condition poses an imminent clear and present danger.

3. Having tested positive for COVID-19 Mr. Hendry respectfully submits, that unequivocally extraordinary and compelling reasons now clearly exist for his immediate release. The Government per ASUA Porter, concedes this, while still opposing on 3553 grounds.

4. The Government further agrees, that this development may very well affect Mr. Hendry's tentative July 28th BOP release date.   Further, Mr.

Hendry's loving family is ready, willing and able to care for him. This includes a qualified nursing professional, as well as access to physicians.

**WHEREFORE**, the Defendant, GARY HENDRY, respectfully moves the Court for an immediate Order granting him compassionate release.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Mail/Electronic filing to Assistant United States Attorney, Michael Porter, Esquire, michael.porter2@usdoj.us; 550 S 2nd Street, Fort Pierce, FL 34950; this 14th day of July, 2020.

Respectfully submitted,

/s/ David Roth
David Roth, Esq.
515 N. Flagler Drive, Suite 325
West Palm Beach, FL 33401
droth@rothduncan.com
(561) 655-5529

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Second Supplemental Notice to the Court was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By /s/ David Roth
David Roth, Esq.